UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO. 2:22-cr-00004
　　　　　　　　　　　　　　　　　　18 U.S.C. § 1366(b)
　　　　　　　　　　　　　　　　　　18 U.S.C. § 2

CHARLES STANLEY

**INFORMATION**
(Aiding and Abetting the Destruction of an Energy Facility)

The United States Attorney Charges:

From in or about May of 2019 through in or about June of 2019, at or near Boone County, and Lincoln County, West Virginia, both within the Southern District of West Virginia, defendant CHARLES STANLEY, aided and abetted by other persons known to the United States Attorney, did knowingly and willfully attempt to damage the property of an energy facility, that is, a known fuel property, also known as Known Mine, and did in fact cause in excess of $5,000 worth of damage to said energy facility.

In violation of Title 18, United States Code, Sections 1366(b) and 2.

　　　　　　　　　　　　　　　　WILLIAM S. THOMPSON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By: _Kathleen Robeson_
　　　　　　　　　　　　　　　　Kathleen Robeson
　　　　　　　　　　　　　　　　Assistant United States Attorney